IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1103-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

**WAYNE RUDDER**,

    Plaintiff,

v.

**ESTATE OF MICHAEL JOSEPH JACKSON,**
**MICHAEL JOSEPH JACKSON,** and
**PARIS KATHERINE JACKSON**,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

On May 27, 2015, Plaintiff, Wayne Rudder, initiated this action by filing a Complaint (ECF No. 1) which seems identical to the Complaint he filed in Civil Action No. 15-1104 in this Court against the Western Union Company. There is no mention of the named Defendants in this action in the Complaint. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that there are deficiencies in this action. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action. In order to cure the deficiencies in this action Plaintiff must file on the proper form an Application to Proceed in District Court Without Prepaying Fees or Costs. In addition, Plaintiff must file a proper complaint providing the factual and legal bases for recovery against the named Defendants in this action. Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the deficiencies. If Plaintiff fails to cure the deficiencies within the time allowed, the

action will be dismissed without further notice. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

Accordingly, it is

**ORDERED** that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

**FURTHER ORDERED** that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED May 28, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge