IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1103-GPG

**WAYNE RUDDER**,

    Plaintiff,

v.

**ESTATE OF MICHAEL JOSEPH JACKSON,**
**MICHAEL JOSEPH JACKSON,** and
**PARIS KATHERINE JACKSON**,

    Defendants.

## ORDER OF DISMISSAL

On May 27, 2015, Plaintiff, Wayne Rudder, submitted to the court a complaint (ECF No. 1).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court determined that Mr. Rudder's pleadings were deficient.  In an order entered on May 28, 2015, Magistrate Judge Gordon P. Gallagher directed Plaintiff to cure certain deficiencies if he wished to pursue his claims.  Specifically, Magistrate Judge Gallagher informed Plaintiff to file a request to proceed *in forma pauperis* pursuant to § 1915 on the proper Court-approved form (ECF No. 3).  In addition, Plaintiff was ordered to file a proper complaint providing the factual and legal bases for recovery against the named Defendants (*Id.*).  That Order specifically informed Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff has failed to cure the deficiencies within the time allowed.  Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied

for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

**ORDERED** that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

**FURTHER ORDERED** that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  6th  day of July, 2015.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court